UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JUAN VENEGAS** on behalf of himself and all others similarly situated,<br><br>　　Plaintiff,<br><br>vs.<br><br>**TOKASH ENTERPRISES, INC. d/b/a DEAN'S GREENS, GILLETTE AMOCO, INC., ROBERT TOKASH**, individually, and **NADINE TOKASH**, individually,<br><br>　　Defendants. | Dkt. No.: 2:18-cv-14264-WJM-MF<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff, JUAN VENEGAS, by and through the undersigned counsel, hereby stipulates and agrees that the above captioned action has been settled and is therefore voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(i). The Court shall retain jurisdiction of this matter for 60 days to enforce the terms of the settlement, if necessary.

Dated: February 14, 2019

Respectfully submitted,

s/ Andrew I. Glenn_____
Andrew I. Glenn, Esquire
E-mail: AGlenn@JaffeGlenn.com
Jodi J. Jaffe, Esquire
E-mail: JJaffe@JaffeGlenn.com
JAFFE GLENN LAW GROUP, P.A.
301 N. Harrison Street, Suite 9F, #306
Princeton, New Jersey 08540
Telephone: (201) 687-9977
Facsimile: (201) 595-0308
*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 18, 2018, the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s/ Jodi J. Jaffe_____
Jodi J. Jaffe, Esquire

SERVICE LIST

Via CM/ECF
Phillip Ray, Esq.
Kluger Healey, LLC
106 Apple Street, Suite 302
Tinton Falls, NJ  07724
P: (732) 852-7500
F: (888) 635-1653
*Attorneys for Defendants*

2